UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
CHARLES REGALBUTO,                :     7:24-cr-64 (PMH)
                                  :
              Defendant.          :
-----------------------------------------------------------x

The September 3, 2025 VOSR status conference is adjourned to September 15, 2025 and converted to an admission and sentencing hearing. The parties shall file any additional materials they want the Court to consider in connection with the admission and sentencing hearing by September 8, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       September 2, 2025

_____
Philip M. Halpern
United States District Judge